1  Joel R. Bryant, Esq. (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Tel: (619) 239-7900
4  Fax: (619) 239-7800

5  Attorneys for Plaintiff, Lizette Jones

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10 LIZETTE JONES, an individual,        )   **CASE NO: CV11-01471-LJO-DLB**
                                        )
11              PLAINTIFF,              )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER TO CONTINUE MANDATORY**
12 v.                                   )   **SCHEDULING CONFERENCE**
                                        )
13 AT&T MOBILITY SERVICES LLC, a        )   **Date:** December 7, 2011
   Delaware Limited Liability Company; and )  **Time:** 9:00 a.m.
14 DOES 1-100, jointly and severally,   )   **Dept.:** Courtroom 9
                                        )   **Judge:** U.S. Magistrate Dennis L. Beck
15              DEFENDANTS.             )
                                        )
16 ─────────────────────────────────────)

17         Pursuant to the Court's September 1, 2011 Order, a Status (Pre-Trial Scheduling)

18 Conference in the above referenced matter was scheduled for December 7, 2011. The Order further

19 required the parties to file a joint status report no later than seven (7) days prior to the scheduling

20 conference. Pursuant to the Court's Order, Plaintiff respectfully requests that the Court continue

21 the Mandatory Scheduling Conference scheduled for December 7, 2011 to February 15, 2012, at

22 9:00 a.m.

23         On October 6, 2011, counsel for AT&T Mobility Services LLC ("AT&T Mobility") advised

24 Plaintiff's counsel that none of the four Defendants named in the Complaint were proper parties to

25 this case, and further advised that, based on the allegations of the Complaint, the only entity which

26 should have been named as a Defendant was his client, AT&T Mobility. In reliance on those

27 representations, Plaintiff filed a First Amended Complaint on October 25, 2011, which removed

28 all prior Defendants, and named the new, current, Defendant AT&T Mobility. Said Defendant was

subsequently served on November 4, 2011 via Waiver of Service of Summons.  On November 15, 2011 Plaintiff received the signed Waiver of Service from Defendant and filed the Proof of Service with the Court.  Defendant's answer to the complaint is due on January 3, 2012, and Plaintiff does not anticipate the Defendant will appear until that date.

Given that the new Defendant has not yet appeared, is not obligated to appear, and will not appear, as of the date of the scheduled Mandatory Scheduling Conference, there can be no Joint Scheduling Report submitted to the Court at the conference or any time before then, and there will be no Pretrial Scheduling accomplished at the conference in the absence of the only Defendant's counsel.  Accordingly, Plaintiff believes that continuing the Mandatory Scheduling Conference until February 15, 2012, would provide both parties ample and reasonable time to Meet and Confer and prepare the Joint Scheduling Report.

NOW, THEREFORE, subject to the Court's approval, Plaintiff, by and through her counsel of record, respectfully asks the following:

1.     That the Mandatory Scheduling Conference be continued from December 7, 2011, at 9:000 a.m., to February 15, 2012, at 9:000 a.m.; and

2.     That the corresponding deadline to file the Joint Scheduling Report, be continued to February 8, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: November 22, 2011

/s/   Joel R. Bryant
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiff
LIZETTE JONES

1

**ORDER**

2      **IT IS ORDERED THAT:**

3

4      1.      The Mandatory Scheduling Conference is continued from December 7, 2011, at

5   9:00 a.m., to February 15, 2012 at 9:00 am.

6

7

8      **IT IS SO ORDERED.**

9   **Dated:**   **November 28, 2011**                  **/s/ Dennis L. Beck**
                                                   **UNITED STATES MAGISTRATE JUDGE**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28